Hedden Construction Company, Appellant, v. Automobile Club of America, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend complaint on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Proving the Last Will and Testament of Henryette Schimock, Deceased, as a Will of Real and Personal Property. Israel Schimock, Appellant; Rosie Jacobs, Executrix, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Enick Rakas, an Infant, by Harry Rakas, His Guardian ad Litem, Respondent, v. Philadelphia and Reading Coal and Iron Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William A. Williamson, Appellant, v. Wachovia Bank and Trust Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William A. Williamson, Respondent, v. Thomas J. Jerome and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Belle G. Berry, Appellant, v. Mary C. Berry, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Morris Grossman, Respondent, v. Jacob Bluestein, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.; Ingraham, P. J., dissented.

Charles Ienna, an Infant, by Bartelomeo Ienna, His Guardian ad Litem, Respondent, v. Louis Towbin, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. The City of New York, Relator, v. William D. Dickey, Chairman, and Others, Commissioners, etc., and William Waldorf Astor, Defendants. (Claims Nos. 1709, 1711, 1712, 1713, 1717.) — Writs sustained, with fifty dollars costs and disbursements to relator, and awards annulled, on *People ex rel. Astor* v. *Dickey* (157 App. Div. 794). Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Mary J. Gough, Appellant, v. Press Publishing Company, Respondent. — Judgment and order affirmed, with costs, with leave to plaintiff to amend complaint on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.; Laughlin, J., dissented.

Josephine Doyle Bell, Respondent, v. New York Herald Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000; in which event judgment as so modified and order appealed